381 A.2d 906

Falik et al. v. Belmont Industries, Inc., Appellant.

Argued September 12, 1977. Stephen J. Popielarski, with him Bernard S. Bergman, for appellant; Charles C. Young, III, with him S. Gerald Litvin, for appellees.

Order affirmed.

Supersedeas dissolved.

HOFFMAN, J., did not participate in the consideration or decision of this case.